■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO P. GUANTERO, Appellant. (Appeal No. 2.) [953 NYS2d 519]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered July 29, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Guantero* (100 AD3d 1386

[2012]). Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.